PHILIP WASSERMAN et al., Respondents, v. JOHNROY PROPERTIES, INC., Tenant, and RUBYMAR CORPORATION, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ. [See *ante*, p. 815.]

## (September 27, 1954.)

JOHN F. FINN, JR., Appellant, v. MORGAN ISLAND ESTATES, INC., et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See 283 App. Div. 1105.]

REUBEN T. ISRAELSON, Respondent, v. CHARLES L. BRADLEY, Individually and as Administrator of the Estate of MARY E. BRADLEY, Deceased, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term, entered March 24, 1954, properly made? Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. [See 283 App. Div. 1108.]

In the Matter of the Estate of ALICE V. JENNINGS, Deceased. IRVING B. VIGDOR et al., Copartners Doing Business under the Name of VIGDOR & LOCKER, Respondents; ARTHUR V. JENNINGS, Individually and as an Administrator with the Will Annexed of ALICE V. JENNINGS, Deceased, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ. [See 283 App. Div. 1071.]

In the Matter of the Estate of WALTER F. JENNINGS, Deceased. IRVING B. VIGDOR et al., Copartners Doing Business under the Name of VIGDOR & LOCKER Respondents; ARTHUR V. JENNINGS, Individually and as an Administrator of the Estate of WALTER F. JENNINGS, Deceased, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ. [See 283 App. Div. 1071.]

BERTHA LICHTIG, Respondent, v. SHOLEM RUDENSKY et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ.